UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 16-03455 |
| Charice M. Phillips | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING STAY

This cause coming to be heard on the Motion of Select Portfolio Servicing, Inc., as servicing agent for Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-80CB, Mortgage Pass-Through Certificates, Series 2005-80CB, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED: that the Automatic Stay in the case is modified and leave is granted to Select Portfolio Servicing, Inc., as servicing agent for Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2005-80CB, Mortgage Pass-Through Certificates, Series 2005-80CB and its successors and assigns to proceed with the foreclosure of the Mortgage on the property located at: 643 Madison St, Oak Park, IL 60302.

The effect of Bankruptcy Rule 4001(a)(3) is waived by the Court.

Any Claims and/or Stipulations filed by this Creditor are vacated.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: February 23, 2016

**Prepared by:**

Pierce & Associates, P.C.
Attorneys for Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088
File No: 254360-23145