UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-03455
CHARICE M. PHILLIPS )
)
) Chapter: 11
) Honorable Janet S. Baer
)
)
Debtor(s) )

**ORDER GRANTING AUTHORITY TO MAKE ADEQUATE PROTECTION PAYMENTS TO CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3/FAY SERVICING, LLC AS TO 224 LAKE STREET, OAK PARK, ILLINOISS IN THE AMOUNT OF $1,500.00 PER MONTH**

THIS CAUSE coming on to be heard on the Debtor's DEBTOR'S MOTION FOR AUTHORITY TO MAKE ADEQUATE PROTECTION PAYMENTS TO TO CHRISTIANA TRUST, A DIVISION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT AS TRUSTEE OF ARLP TRUST 3/FAY SERVICING, LLC AS TO 224 LAKE STREET, OAK PARK, ILLINOIS, due proof of service of all parties entitled to notice, and the Court being fully advised in the premises:

IT IS ORDERED:

A. The Debtor is granted Authority to make Adequate Protection Payments to make Adequate Protection Payments to Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, not in its individual capacity but as Trustee of ARLP Trust 3/Fay Servicing, LLC ("Christina Trust") as to 224 Lake Street, Oak Park, Illinois in the amount of $1,500.00 per month beginning in April, 2016 and continuing until a Plan of Reorganization is confirmed or the case is dismissed as to the Real Estate.

Enter:  *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: April 11, 2016

**Prepared by:**

Paul M. Bach
Penelope N. Bach
Sulaiman Law Group, Ltd.
900 Jorie Blvd., Suite 150
Oak Brook, Illinois 60523
630 575 8181